Appendix A

United States Courts
Southern District of Texas
FILED

NOV 23 2026

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
__________________ DIVISION

Maria May
versus
Metro Cruise Services

§ § § § § § § §

CIVIL ACTION NO. 3:26-CV-427

EMPLOYMENT DISCRIMINATION COMPLAINT

1. This action is brought under Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2. The Plaintiff is: Maria May

Address: 1623 Strand St # 210

County of Residence: Galveston,

3. The defendant is: Metro Cruise Services

Address: 306 Kempner (22nd) Street, Suite 300, Galveston, TX 77550

☑ Check here if there are additional defendants. List them on a separate sheet of paper with their complete addresses.

4. The plaintiff has attached to this complaint a copy of the charges filed on __________ with the Equal Opportunity Commission.

5. On the date of 8-24-26 the plaintiff received a Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission; a copy is attached.

6. Because of the plaintiff's:

(a) ☑ race

(b) ☑ color

(c) ☑ Sex

(d) ☐ Religion

(e) ☐ national orgin,

the defendant has:

(a) ☐ failed to employ the plaintiff

(b) ☐ terminated the plaintiff's employment

(c) ☐ failed to promote the plaintiff

(d) ☐ other: ______________________________

______________________________

______________________________

7. When and how the defendant has discriminated against the plaintiff:

______________________________

______________________________

______________________________

8. The plaintiff requests that the defendant be ordered:

(a) ☑ to stop discriminating against the plaintiff

(b) ☐ to employ the plaintiff

(c) ☐ to re-employ the plaintiff

(d) ☐ to promote the plaintiff

(e) ☐ to ______________________________

____________________________________________________

_____________________________________________ and that;

(f) ☐ the Court grant other relief, including injunctions, damages, costs and attorney's fees.

Maria May.

(Signature of Plaintiff)

Address: 1623 Strand street
Apt. 210
Galveston, TX 77550

Telephone: ______________________________